# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2014

Robert P. Young, Jr.,
Chief Justice

148373(62)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NAUM THOMAI and ZHULIETA THOMAI,
      Plaintiffs-Appellees,

v

                            SC: 148373
                            COA: 310755

MIBA HIDRAMECHANICA CORPORATION
and CORPORATIONS X AND Y,
            Defendants-Appellants.

Macomb CC: 2011-001947-NO

_____/

      On order of the Chief Justice, the motion of the Michigan Self-Insurers' Association to participate as amicus curiae is GRANTED. The amicus brief submitted on March 31, 2014, by the Michigan Self-Insurers' Association on the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____            
March 31, 2014